UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE GUNTHORPES,<br><br>*Plaintiff*,<br><br>— against —<br><br>THE IM. GROUP, LLC,<br><br>*Defendant*. | 21-CV-5140 (ARR) (RML)<br><br>NOT FOR ELECTRONIC OR PRINT PUBLICATION<br><br>**JUDGMENT** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated April 11, 2024, from the Honorable Robert M. Levy, United States Magistrate Judge. *See* R.& R., ECF No. 23. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the default motion is granted, and plaintiff is awarded $22,250 representing $7,200 in unpaid minimum wages, $7,200 in liquidated damages, and $7,850 for wage notice and statement violations. Plaintiff is also awarded pre-judgment interest on her unpaid wages of $7,200

from July 2, 2021, to the date of this court's judgment at a per diem interest rate of $1.78, to be calculated by the Clerk of the Court. Further, plaintiff is awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a). Finally, plaintiff is permitted to file a motion for attorney's fees and costs within thirty days of this court's judgment.

SO ORDERED.

       /s/
Allyne R. Ross
United States District Judge

Dated:      May 07, 2024
                Brooklyn, New York